## STAPLETON *v.* STAPLETON.

[No. 10,349. Filed May 12, 1920.]

From Madison Circuit Court; *Luther F. Pence,* Judge.

Action between Ora Stapleton and Grace Stapleton. From the judgment rendered, the former appeals. *Affirmed.*

*Kittenger & Diven,* for appellant.
*James A. May,* for appellee.

PER CURIAM.—Judgment affirmed as of date of submission.

---

## KRABILL *v.* KEESLER.

[No. 10,103. Filed February 6, 1920. Rehearing denied May 12, 1920.]

From Steuben Circuit Court; *D. R. Best,* Special Judge.

Action between Dora L. Krabill and Samuel Keesler. From the judgment rendered, the former appeals. *Affirmed.*

*J. E. Pomeroy* and *E. V. Harris,* for appellant.
*Hoffman & Shearer,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## LOVELAND ET AL. *v.* WOLFE ET AL.

[No. 10,455. Filed June 1, 1920.]

From Gibson Circuit Court; *Simon L. Vandeveer,* Judge.

Action between Theodore O. Loveland and another, and Herbert E. Wolfe and another. From the judgment rendered, the former appeal. *Affirmed.*

*Arthur P. Twineham, Charles E. Sumner* and *Luther Benson,* for appellants.
*Harvey Harmon,* for appellees.

PER CURIAM: Judgment affirmed.